Sealed
Public and unofficial staff access to this instrument are prohibited by court order

United States Courts
Southern District of Texas
FILED
*June 24, 2025*
Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § CRIMINAL NO. 4:25-cr-00336 |
| v. | § |
| | § |
| TYLER JOHN JORDAN, | § |
| Defendant | § |

**INDICTMENT**

**THE GRAND JURY CHARGES THAT:**

**COUNT ONE**
**Title 18, United States Code, Section 922(o)(1)**
**Possession of a Machinegun**

On or about March 16, 2025, in the Houston Division of the Southern District of Texas, the Defendant,

**TYLER JOHN JORDAN**

did knowingly possess a machinegun as defined in 26 U.S.C. § 5845(b)—namely a black pistol equipped with an automatic switch that modified the firearm to shoot automatically, more than one shot without manual reloading, by a single function of the trigger.

In violation of Title 18, United States Code, Sections 922(o)(1) and 924(a)(2).

COUNT TWO
Title 26, United States Code, Section 5861(d)
Possession of an Unregistered Machinegun

On or about March 16, 2025, in the Houston Division of the Southern District of Texas, the Defendant,

**TYLER JOHN JORDAN**

did knowingly possess a machinegun as defined in 26 U.S.C. § 5845(b)—namely a black pistol equipped with an automatic switch that modified the firearm to shoot automatically, more than one shot without manual reloading, by a single function of the trigger—that was not registered to him in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5841, 5861(d) and 5871.

A TRUE BILL:

Original Signature on File
**FOREPERSON OF THE GRAND JURY**

**NICHOLAS J. GANJEI**
**UNITED STATES ATTORNEY**

BY: _____
  **Anh-Khoa T. Tran**
  **Assistant United States Attorney**

2