USA-74-24B
(Rev. 05/01)

Sealed
Public and unofficial staff access
to this instrument are
prohibited by court order

# CRIMINAL DOCKET

HOUSTON DIVISION

USAO#:    2025R03534

CRIMINAL INDICTMENT

United States Courts  No. **4:25-cr-00336**
Southern District of Texas
FILED

Filed:    *June 24, 2025*    Judge:    **Bennett**

Nathan Ochsner, Clerk of Court

UNITED STATES of AMERICA
vs.

ATTORNEYS:
NICHOLAS J. GANJEI, USA    (713) 567-9000
ANH-KHOA TRAN, AUSA    (713) 567-9000

| | Appt'd | Private |
|---|---|---|
| TYLER JOHN JORDAN (Cts.1, 2) | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

Ct 1: Possession of a Machinegun [18 U.S.C. § 922(o)(1)]
Ct 2: Possession of an Unregistered Machinegun [26 U.S.C. § 5861(d)]

Charges Total Counts (2)

**PENALTY:**
Ct. 1: Under Title 18 U.S.C. § 924(a)(2), a person shall be fined up to $250,000, imprisoned not more than 10 years, or both; and not more than 3 years supervised release.
Ct. 2: Under Title 26 USC, §5871, a person shall be fined not more than $10,000, or be imprisoned not more than 10 years, or both; and not more than 3 years supervised release.

☐ In Jail

☐ On Bond

NAME & ADDRESS
of Surety

☑ No Arrest    TYLER JOHN JORDAN

## PROCEEDINGS:

| | |
|---|---|
| | |
| | |
| | |
| | |