**Sealed**
Public and unofficial staff access
to this instrument are
prohibited by court order

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

United States District Court
Southern District of Texas

**ENTERED**

June 24, 2025

Nathan Ochsner, Clerk

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| vs. | § | **Criminal No. 4:25-cr-00336** |
| | § | **SEALED** |
| **TYLER JOHN JORDAN** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

## ORDER FOR ISSUANCE OF BENCH WARRANT

A Criminal Indictment has been returned against the defendant listed below.

It is ORDERED that a warrant be issued for the arrest of said defendant. Upon arrest and

appearance, a judicial determination shall be made as to detention or release on conditions. The

United States Government recommends to the Court the following:

Defendant
**TYLER JOHN JORDAN**
Unknown Address

☑ DETENTION
☐ RELEASE ON CONDITION
☐ APPEARANCE BOND IN THE
AMOUNT OF: $

SIGNED at Houston, Texas _____ June 24, 2025 _____ .

_____
UNITED STATES MAGISTRATE JUDGE