**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | **Case no. 4:25-cr-00336** |
| v. | ) | **Unopposed Motion to Continue** |
| | ) | |
| **Tyler John Jordan** | ) | |

## Unopposed Motion to Continue

Mr. Tyler John Jordan, through counsel, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A), 3161(h)(7)(B), moves this Court to continue his trial and pretrial motions deadlines for 60 days. He respectfully shows as follows:

Mr. Jordan was indicted on count one; Possession of a Machinegun in violation of Title 18, United States Code, Section 922(o)(1) and count two; Possession of an Unregistered Machinegun in violation of Title 26, United States Code, Section 5861(d). ECF No. 1. Currently, Mr. Jordan's pretrial conference is set for October 2, 2025, and his trial is set for October 6, 2025. ECF No. 12.

Counsel has received and reviewed discovery. However, despite the exercise of due diligence, Counsel is still investigating the legal and factual issues that will direct potential motions practice, trial defenses, plea negotiations, and sentencing mitigation. Moreover, additional time is needed to discuss the case with Mr. Jordan.

1

Counsel respectfully submits that the best interests of justice served by granting this motion substantially outweigh the interests of the defendant and the community in a speedy trial, and that failure to grant the motion would deny defense counsel the time necessary for effective preparation. The government is **unopposed** to this motion.

Respectfully submitted,

PHILIP G. GALLAGHER
Federal Public Defender
Southern District of Texas No. 566458
New Jersey State Bar No. 2320341

By /s/ Ryan Rones
RYAN RONES
Assistant Federal Public Defender
North Carolina State Bar ID No. 53592
Southern District of Texas No. 3900503
Attorneys for Defendant
440 Louisiana, Suite 1350
Houston, Texas   77002
Telephone:  713.718.4600

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Assistant United States Attorney Anh-Khoa Tran and determined that the United States is unopposed to this motion.

By /s/ Ryan Rones
RYAN RONES

2

## **CERTIFICATE OF SERVICE**

I certify that on August 28, 2025, a copy of the foregoing Unopposed Motion to Continue was served by Notification of Electronic Filing and was delivered by email to the office of Assistant United States Attorney Anh-Khoa Tran.

By /s/ Ryan Rones
RYAN RONES