# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
December 06, 2025
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | **Case no. 4:25-cr-00336** |
| **v.** | ) | **Unopposed Motion to Continue** |
| | ) | |
| **Tyler John Jordan** | ) | |

---

## ORDER

The Court has considered the Unopposed Motion to Continue, wherein counsel for Defendant has represented that more time is needed to conduct discovery, prepare pretrial motions, and prepare for trial, and that failure to grant a continuance would result in a miscarriage of justice and deny counsel for the Defendant the time necessary for effective preparation. Based on the representations made in the Unopposed Motion for Continuance, the Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public, as well as the Defendant, to a speedy trial. The Court also finds that pursuant to Title 18 U.S.C. § 3161(h)(7)(A) & (B), failure to grant a continuance would result in the miscarriage of justice, and that a continuance is needed to allow the reasonable time necessary for effective preparation.

The Unopposed Motion for Continuance is therefore GRANTED.  It is ORDERED that a period of excludable delay shall commence on, December 5, 2025, pursuant to Title 18 U.S.C. § 3161(h)(7)(A) & (B).  The period of excludable delay shall end at commencement of trial or disposition of charges.

Pretrial motions shall be filed by February 17, 2026.

Responses shall be filed by March 9, 2026.

A pretrial conference is set for March 19, 2026 at 2:30 pm.

Trial in this case is set for March 23, 2026 at 9:00 am .

So ORDERED on December 5, 2025, at Houston, Texas.

_____
Alfred H. Bennett
United States District Judge