**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**TYLER JOHN JORDAN,**<br>     **Defendant.** | **Case No. 4:25-cr-336** |

**GOVERNMENT'S PROPOSED VOIR DIRE QUESTIONS**

The United States of America, by and through Nicholas J. Ganjei, United States Attorney, and the undersigned assistant united states attorneys, for the Southern District of Texas, files with this Honorable Court the Government's proposed *voir dire* questions to be asked of the panel of prospective jurors.

INTRODUCTORY QUESTIONS:

1.      If your answer to any of the following questions would prove embarrassing to you personally if answered in the presence of the panel as a whole, you may raise your hand, state your juror number, and come forward to the bench and reply to the Court and attorneys privately. The questions asked are not meant to pry into your personal affairs, but to determine whether or not you could be fair and impartial if selected as a juror in this case.

2.      Does anyone have a mental and/or physical impairment, such as a hearing or vision impairment, that may interfere with their ability to sit as jurors on this case?

3.      Suffer from any medical ailment that requires you to take medication at regularly scheduled times?

4.      Please raise your hand if you grew up speaking a language other than English. Do you now read and write the English language fluently?

5.      The Government is represented by Anh-Khoa T. Tran and Charles Hagerman, Assistant United States Attorneys.

      a.      Does anyone know AUSA Tran, AUSA Hagerman, or the United States Attorney, Nicholas J. Ganjei, or any other member of United States Attorney's Office staff?

      b.      Task Force Officer Ryan Hilz of the Federal Bureau of Investigation will be assisting in the presentation of this case.  Does anyone know TFO Hilz?

      c.      Tyler John Jordan is the defendant and he is being represented by his attorneys, Ryan Rones and Amr Ahmed from the Federal Public Defender's Office. Does anyone know or recognize the defendant Tyler Jordan? Does anyone know or recognize Mr. Rones or Mr. Ahmed or any other member of the Federal Public Defender's Office?

      d.      Do any of you hold any opinions about courts, defense attorneys, prosecutors or law enforcement officers that would prevent you from fairly considering and deciding this case solely on the evidence?

6.      Does anyone on the panel know each other?

7.      In order to prove the charges in this case, the Government will present evidence. Much of the evidence in this case will come to you in the form of testimony from the witness stand. The Government may call several witnesses in this case [READ WITNESS LIST]. The defendant may also call witnesses in this case [READ WITNESS LIST]. Does anyone know or think they know any of these potential witnesses?

8. It is expected that this trial may last up to three days. Does anyone have any scheduling conflict that could not be adjusted, that is significant enough that if you missed it, it would distract your attention from the trial at hand?

PRIOR EXPERIENCE QUESTIONS:

9. The Government has charged the defendant with two crimes: Count One is possession of a machinegun and Count Two is possession of an unregistered machinegun. The events underlying these charges involve a shooting that occurred at a McDonald's restaurant located at 6110 North Fry Road, Katy, Texas on March 16, 2025. Does anyone have any knowledge whatsoever of these charges, or has anyone heard about this case? For those of you who have heard about the case, can you set aside anything you may have seen, heard, or read elsewhere, and make your decision only on the evidence presented here in this courtroom?

10. Has any member of the jury panel ever had a bad experience with a law enforcement officer? Would that bad experience cause you to judge an officer's testimony differently than you would any other witness? [If the answer is yes, determine the nature of the experience.]

11. I see that some of you have indicated that you have previously served on a jury. For those who have, is there anything about your prior jury service that would make you unable to be fair and impartial to both sides in this prosecution?

12. Have any of you ever served on a grand jury? Is there anything about that experience that would cause you difficulty in being a fair and impartial juror in this case? [If the answer is yes, determine whether it was a federal or state grand jury and when the service occurred.]

13.    Have any of you ever been employed by a law enforcement agency? Do any of you have a family member, relative or friend who has been employed in law enforcement? [If the answer is yes, determine the nature of the employment.]

14.    Is anyone related to or close friends with an attorney who practices criminal law or a judge?

    a.    Have they talked about cases or problems with you?

    b.    Is there anything about that relationship or that you've learned from them that would make it difficult for you to be a fair and impartial juror in this criminal case?

15.    Have you, or any relative or close friend of yours, ever been employed by an attorney? [If the answer is yes, determine the nature of the employment.]

16.    Have you, or any close family member, or friend, ever been the victim of a crime?

    a.    What crime? When did it occur? Was it reported to law enforcement?

    b.    Did you feel the police investigated the case as well as they could?

    c.    Did you feel you were treated fairly by police, the lawyers, and the court?

17.    Have you, or any close family member, or friend, ever been a witness in a criminal case?

    a.    What crime? When did it occur?

    b.    Were you called to testify at any hearing, deposition, or trial? By which side?

    c.    What was the general nature of your testimony?

18.    Has any member of the jury panel ever visited someone who was in jail or prison?

    a.    Who did you visit?

b.      What were they in jail for?

c.      In your view, were they treated fairly by the criminal justice system?

d.      If you believe they were treated unfairly, would that cause you to disbelieve a government witness in this case?

19.      Has any member of the panel or any member of your family or any close personal friend ever been involved in any controversy or litigation of any kind with the U.S. Government?

20.      Has any member of the jury panel or a member of your family or a close personal friend ever been convicted of a felony offense?

a.      Of those convicted, are they currently, or have they in the past, been incarcerated?

b.      Did you feel they were wrongly prosecuted?

c.      Did you feel the punishment was too severe?

d.      Did you feel that person was treated fairly by police, prosecutors, and the court system?

21.      Has any member of the jury panel or a member of your family or a close personal friend been charged with a crime that is now pending?

a.      Do you feel that person was wrongly arrested?

b.      Do you feel that person has been treated fairly by police, prosecutors, and the court system? [If the answer is yes, determine the nature of the felony offense.]

TESTIMONY, WITNESSES AND EVIDENCE GENERALLY:

22.      The law provides that you can believe all, some, or none of a witness's testimony. Are there any among you who could not disregard the portion of a witness testimony that you do

not believe and base your decision as to guilt or innocence on the portion of the testimony that you do find credible?

23.     As part of the government's case, we are going to call witnesses to testify.  I am sure you can understand, given the process you are going through right now, that it may be intimidating and cause anxiety for a witness to speak in court, to be questioned by attorneys and to be judged by the jury.  Has any member of the panel testified as a witness in court or some type of hearing.

     a.     How did that make you feel?

     b.     Does the fact that someone is nervous or does not speak eloquently mean they are not being truthful?

24.     If you are chosen to serve as a juror in this case, you must determine the believability of the witnesses. The Court will instruct you on the type of factors or standards you should consider when making that determination. You should, however, use the same set of factors when determining the believability of each witness. That said, you are not being asked to disregard your life experiences—that is impossible. As you may have guessed, there will be law enforcement witnesses. Is there any member of the panel who, because of life experiences, would automatically believe or disbelieve a law enforcement officer's testimony solely because he or she is an officer, without applying the same set of factors that you would apply to the other witnesses.

25.     The law does not compel a defendant in a criminal case to take the witness stand and testify, and no presumption of guilt may be drawn from the fact that a defendant does not testify. Similarly, the law never imposes on a defendant the duty of calling any witnesses or producing any evidence. A defendant who wants to testify, however, is to be judged in the same

way as that of any other witness. Will any of you have any difficulty in applying the same standards to determine believability or credibility of a defendant in the event he chooses to testify?

26.    Do each of you understand that, if there is conflicting testimony during the trial about certain facts, it is your task to resolve the conflict and decide which facts deserve to be believed or disbelieved? Does everyone understand that if the Government's witnesses and a defendant's witnesses tell different versions of the same event, it is your duty as jurors to decide who to believe or disbelieve?

27.    Some of you may have heard the terms "direct evidence" and "circumstantial evidence." The law makes no distinction between direct and circumstantial evidence; therefore, you should not be concerned with those terms. Instead, you should give all received evidence the weight and value you believe it is entitled to receive.

a.    Is there anyone that would not be able to follow such an instruction if given by the Court?

b.    Is there anyone that could not vote to find a defendant guilty if the Government presented only circumstantial evidence?

28.    Does everyone understand and agree that testimony alone is evidence?

29.    Does anyone require more than testimony alone in order to find guilt beyond a reasonable doubt? Said another way, does anyone require testimony plus photographs, videos, or laboratory test results?

30.    The law does not require the United States to call as witnesses all persons who may have knowledge of the matters at issue in this trial or to produce as exhibits all papers or other items mentioned during the trial.

31.     Is there anyone among you who believes that if the United States does not call all persons who may have knowledge of the matters at issue or produce as exhibits all papers or other items mentioned during the trial, this would keep you from weighing the evidence presented fairly and making a defendant guilty if you believe the United States has proven its case against the defendant beyond a reasonable doubt?

32.     In other words, if you find that the government has proven its case beyond a reasonable doubt, based on the admitted evidence and witnesses, will you require additional witnesses or evidence be produced?

33.     Does anyone watch criminal justice shows on television such as Law and Order, CSI, or other similar shows? Those shows are fictional and overstate the sophistication and speed of forensic science. You should not expect that this trial will resemble what you have seen on television.

34.     Does anyone have expectations the case would conform to what is on television?

35.     Does anyone require "CSI" type evidence in order to find guilt beyond a reasonable doubt?

36.     If there is a conflict between what you hear in court versus what you have heard on television, will you make your decision based on the evidence from this trial and not what you have seen on television? Is there anyone who would not be able to do this?

FIREARMS-RELATED QUESTIONS:

37.     Does any member of the panel believe the federal government should not regulate the possession or use of firearms?

38.     Does any member of the panel believe the laws concerning firearm possession or use are too severe?

39.    If so, do you believe your belief(s) would interfere with your ability to vote in favor of a guilty verdict in this case, even if you believe all of the elements of the crimes have been proven beyond a reasonable doubt by the Government?

40.    In your opinion, what are some reasons the federal government would regulate the possession of machine guns? Why do you feel those reasons are or are not important?

41.    Has anyone purchased a firearm?

42.    Does any member of the panel currently own any firearms?

43.    Does anyone on the panel hold a state-issued concealed handgun license?

44.    Has anyone on the panel purchased a suppressor or silencer?

45.    Has anyone on the panel been denied purchase of a firearm based on a background check?

46.    Is anyone on the panel a current or former member of the National Rifle Association or other similar association?

47.    Has anyone on the panel been personally affected by gun control laws? If so, would that experience affect your ability to be a fair and impartial juror in this case?

48.    Has anyone on the panel ever been a federal firearms dealer, or worked for, related to, or an associate of a federal firearm licensee dealership?

49.    Has anyone on the panel been a victim of crime involving a firearm? Please explain.

50.    Has anyone ever heard of "slang," "nicknames," or simply general innuendo in reference to firearms?

51.    The government will need to prove that the defendant "possessed" the firearm. Under the law, possession can be "actual" or "constructive."

9

a. A person who knowingly has direct physical control over a thing, at a given time, is then in actual possession of it. A person who, although not in actual possession, knowingly has both the power and the intention, at a given time, to exercise dominion or control over a thing, either directly or through another person or persons, is then in constructive possession of it. Does everyone understand these concepts? [If no, inquire why.]

b. Possession may be "sole" or "joint." If one person alone has actual or constructive possession of a thing, possession is sole. If two or more persons share actual or constructive possession of a thing, possession is joint. Does everyone understand these concepts? [If no, inquire why.]

52. The law does not require the government to prove ownership of the firearm, because it is possible to possess something without actually owning it. For example, if I let my colleague Mr. Tran borrow my pen, he is legally possessing it. That is, he has control over it even though he does not legally own it. Does everyone understand the difference between possession under the law and ownership?

53. Would anyone require the government to prove that the defendant actually owned the firearm as opposed to merely possessing it?

54. Does anyone believe that possession is a "victimless crime" and therefore the United States should not prosecute crimes that do not have a victim?

55. Does anyone on the panel hold such strong views, one way or the other, about firearms laws that you could not sit as a fair and impartial juror in this case?

10

MISCELLANEOUS

56.     The Government must prove the defendant guilty beyond a reasonable doubt. Is there anyone who would hold the Government to prove beyond *all* doubt before a finding of guilt?

57.     Would any of you acquit a defendant, even if convinced beyond a reasonable doubt of guilt, because you felt sympathy or felt that the defendant deserved a break, or were unhappy with the way the police investigated the case?

58.     Your function as a juror is to decide questions of fact. However, the court will instruct you in the law to be applied in this case. You are bound by those instructions and cannot substitute your own notions of what you think the law is or should be.

      a.     Is there anyone who does not understand this principle?

      b.     Could everyone follow the law as instructed by the court even if you disagreed with it?

59.     The issue of punishment is to be decided by the court and shouldn't be considered by you in any way in arriving at your verdict. Does anyone think that would be a problem? Do any of you feel that you would be unable to remove the consideration of punishment from your deliberations?

60.     Does anyone hold any moral, religious, philosophic, political, or personal beliefs such that you would be affected if selected as a juror and asked to judge another person? This is a criminal case and if selected as a juror, you will be asked to make a judgment.

61.     The law does not permit jurors to be governed by sympathy, prejudice, or public opinion. Both the accused and the public expect that a juror will carefully and impartially consider all the evidence in this case, follow the law as stated by the Court, and reach a just verdict regardless of the consequences. Is there anyone who could not or would not do that?

62.    Has any past experience affected you in such a way so as to cause you doubt about your ability to sit as a fair and impartial juror?

63.    Is there anyone sitting here thinking that they could not be a fair, impartial and unbiased juror in this case for any reason that has yet to be asked?

Date: February 27, 2026                    Respectfully submitted,

                                           NICHOLAS J. GANJEI
                                           United States Attorney

                                           /s/ Anh-Khoa T. Tran
                                           Anh-Khoa T. Tran
                                           Assistant United States Attorney
                                           1000 Louisiana Street, Suite 2300
                                           Houston, Texas 77002
                                           Tel: (713) 567-9551
                                           anh-khoa.tran@usdoj.gov

                                           Charles Hagerman
                                           Assistant United States Attorney
                                           1000 Louisiana Street, Suite 2300
                                           Houston, TX 77002
                                           Tel: (713) 567-9514
                                           charles.hagerman@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on February 27, 2026, to the CM-ECF system of the United States District Court for the Southern District of Texas for electronic delivery to all counsel of record.

                                           /s/ Anh-Khoa T. Tran
                                           Anh-Khoa T. Tran
                                           Assistant United States Attorney
                                           1000 Louisiana Street, Suite 2300
                                           Houston, Texas 77002
                                           Tel: (713) 567-9551
                                           anh-khoa.tran@usdoj.gov