**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **Case No. 4:25-cr-336** |
| **TYLER JOHN JORDAN,** <br> **Defendant.** | |

**GOVERNMENT'S EXHIBIT LIST**

The United States of America, by and through Nicholas J. Ganjei, United States Attorney

for the Southern District of Texas, and the undersigned Assistant United States Attorneys, in

accordance with the Federal Rules of Criminal Procedure, provides the following list of exhibits

the Government may offer in evidence in the presentation of its case-in-chief, and requests leave

to amend this list as needed, as follows:

1. Photograph and map from Google of McDonald's Restaurant, located at 6110 North Fry Road, Katy, Texas;

2. Surveillance videos from March 16, 2025 of the McDonald's Restaurant, located at 6110 North Fry Road, Katy, Texas;

3. Business Record Affidavits for McDonald's Surveillance videos;

4. Scene photographs;

5. Surveillance videos from March 16, 2025 of the Waffle House Restaurant, at 19886 W Little York Road, Katy, Texas;

6. Photographs of the Defendant taken at the hospital on March 16, 2025;

7. March 16, 2025 video from the Defendant's iPhone 15 cellphone,

1

IMEI 353817901662171, serial number GHK50JF6ND, showing the Defendant possessing a firearm;

8. Call logs, messages, and browser history extracted from Defendant's iPhone 15 cellphone, IMEI 353817901662171, serial number GHK50JF6ND

9. Call logs, messages, and browser history extracted from the Defendant's iPhone 13 cellphone, IMEI 350776590785698 and 350776590176344, serial number NR94XPW962;

10. Defendant's recorded statements to law enforcement officers on March 16, 2025, March 17, 2025, March 19, 2025, and March 20, 2025; and

11. Defendant's recorded jail calls.

Date: February 27, 2026

Respectfully submitted,

NICHOLAS J. GANJEI
United States Attorney

/s/ Anh-Khoa T. Tran

Anh-Khoa T. Tran
Assistant United States Attorney
1000 Louisiana Street, Suite 2300
Houston, Texas 77002
Tel:   (713) 567-9551
anh-khoa.tran@usdoj.gov

Charles Hagerman
Assistant United States Attorney
1000 Louisiana Street, Suite 2300
Houston, TX 77002
Tel: (713) 567-9514
charles.hagerman@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing was delivered on February 27, 2026, to the CM-ECF system of the United States District Court for the Southern District of Texas for electronic delivery to all counsel of record.

/s/ *Anh-Khoa T. Tran*
Anh-Khoa T. Tran
Assistant United States Attorney
1000 Louisiana Street, Suite 2300
Houston, Texas 77002
Tel: (713) 567-9551
anh-khoa.tran@usdoj.gov

3