## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                    **Cr. No. 4:25-cr-336**

**TYLER JOHN JORDAN**

### MOTION IN LIMINE: DEFENDANT'S PRIOR CRIMINAL RECORD

The defendant, Tyler Jordan, through his attorney, the Federal Public Defender, files this motion in limine to prohibit the government from attempting to attack his character for truthfulness by evidence concerning his criminal record:

### I.       Background

Tyler Jordan is charged with possession of a machine gun.

The government has indicated that Mr. Jordan was previously convicted of the following offenses in Harris County:

| Date of Conviction | Charge |
| --- | --- |
| March 5, 2024 | Violation of protective order (misdemeanor) |
| June 14, 2023 | Evading Arrest (misdemeanor) |

The government has also indicated that Mr. Jordan received deferred adjudications for the following offenses in Harris County:

| Date Deferred | Charge |
| --- | --- |
| October 18, 2023 | Theft (felony) |
| February 3, 2020 | Theft (misdemeanor) |

1

Mr. Jordan also has a prior juvenile adjudication for terroristic threatening (misdemeanor), which was adjudicated on October 22, 2014, in Harris County.

## II.   Rule 609

Federal Rule of Evidence 609 governs the admissibility of prior convictions to attack a testifying witness's character for truthfulness. Evidence of any prior adult felony conviction must be admitted, subject to Rule 403, if a criminal defendant testifies. However, Texas deferred adjudications are not considered "convictions" under Rule 609. United States v. Hamilton, 48 F.3d 149, 153 (5th Cir. 1995) ("when adjudication of guilt is deferred, there is no 'conviction'").

For any conviction, even misdemeanors, evidence must be admitted "if the court can readily determine that establishing the elements of the crime required proving — or the witness's admitting — a dishonest act or false statement." Fed. R. Evid. 609(a)(2).

If more than ten years have passed since the witness's conviction, evidence is only admissible if:

> "**(1)** its probative value, supported by specific facts and circumstances, substantially outweighs its prejudicial effect; and **(2)** the proponent gives an adverse party reasonable written notice of the intent to use it so that the party has a fair opportunity to contest its use."

Fed. R. Evid. 609(b).

Juvenile adjudications of a defendant are generally inadmissible to attack a

2

witness's truthfulness. Fed. R. Evid. 609(d)(2).

### III.    Mr. Jordan's Criminal Record is not Admissible.

Under Federal Rule of Evidence 609, none of the convictions or charges listed above are admissible to attack Mr. Jordan's character for truthfulness if he testifies. First, Mr. Jordan has no felony convictions. Second, his misdemeanor convictions (violation of a protective order and evading arrest) do not involve elements, or require proving, a dishonest or false act. Therefore, they are both inadmissible under Rule 609(b).

Mr. Jordan's two deferred adjudications for theft do not qualify as convictions under Rule 609, United States v. Hamilton, 48 F.3d 149, 153 (5th Cir. 1995).

Finally, Mr. Jordan's juvenile adjudication is categorically inadmissible because he is a criminal defendant. Fed. R. Evid. 609(d)(2).

For these reasons, Mr. Jordan respectfully requests this Court to prohibit the government from presenting any evidence of his prior criminal record for the purpose of attacking his character for truthfulness.

Respectfully submitted,

PHILIP G. GALLAGHER
Federal Public Defender
Southern District of Texas No. 566458
New Jersey State Bar No. 2320341

By /s/ Amr A. Ahmed
AMR A. AHMED

3

Assistant Federal Public Defender
Southern District of Texas No. 3088803
State Bar of Texas No. 24146376
440 Louisiana, Suite 1350
Houston, TX 77002-1056
Telephone:   713.718.4600
Fax:   713.718.4610

## <u>CERTIFICATE OF CONFERENCE</u>

I certify that I attempted conferred with Assistant United States Attorney Anh-Khoa Tran and am awaiting a response to the Government's position on this motion.

By /s/ Amr A. Ahmed
AMR A. AHMED

## CERTIFICATE OF SERVICE

I certify that on March 9, 2026, a copy of the foregoing was served by Notification of Electronic Filing and will be delivered by email to the office of Assistant United States Attorney, Anh-Khoa Tran.

By /s/ Amr A. Ahmed
AMR A. AHMED