**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | |
| **v.** | ) | **Case no. 4:25-cr-00336** |
| | ) | |
| **Tyler John Jordan** | ) | |

## Defendant's Exhibit List

1.  GSR Report.

2.  March 17, 2025, Consent to search cellphone form.

3.  March 19, 2025, Consent to search cellphone form.

4.  Hospital photograph of Tyler Jordan.

5.  Cellebrite reports depicting call with Antoine Ridge.

6.  Still shot of Cellebrite extraction depicting deleted data.

7.  Still shot of Cellebrite search of machinegun-related terms.

8.  Redacted Audio and Video statements of Defendant.

9.  Map of Defendant's location from March 16, 2025.

10.  Expert witness illustrative aid.

11.  Images from Vehicle Search.

12.  FLOCK images of Honda Accord.

13.  Still shots of Jawara Lloyd's home security footage.

14.  Photographs of box of ammunition in Jawara Lloyd's house.

15.  Post-arrest photograph of Antoine Ridge.

16.  Jawara Lloyd's complaint, indictment, plea documents, and disposition from 2025 Harris County aggravated assault charge.

Respectfully submitted,

PHILIP G. GALLAGHER
Federal Public Defender
Southern District of Texas No. 566458
New Jersey State Bar No. 2320341

By /s/ Ryan Rones
RYAN RONES
Assistant Federal Public Defender
North Carolina State Bar ID No. 53592
Southern District of Texas No. 3900503
Attorneys for Defendant
440 Louisiana, Suite 1350
Houston, Texas   77002
Telephone:   713.718.4600

## CERTIFICATE OF SERVICE

I certify that on March 16, 2026, a copy of the foregoing was served by Notification of Electronic Filing and was delivered by email to the office of Assistant United States Attorney Anh-Khoa Tran.

By /s/ Ryan Rones