**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | |
| **v.** | ) | **Case no. 4:25-cr-00336** |
| | ) | |
| **Tyler John Jordan** | ) | |

**Proposed *Voir Dire***

Mr. Jordan, through counsel, requests that the Court ask the jury panel about

the following topics and questions during voir dire:

**Presumption of Innocence/Burden of Proof**

1. A fundamental principle of our legal system is that when a person is charged with a criminal offense, he is presumed to be innocent unless and until the government proves guilt beyond a reasonable doubt. Mr. Jordan does not need to produce any evidence whatsoever to prove his innocence. If you are selected as a juror in this case, how many of you will have difficulty presuming Mr. Jordan's innocence, given the fact that he's been charged with a federal crime?

2. How many of you believe that since the United States charged Mr. Jordan with a crime, he must have done something wrong?

3. Mr. Jordan is not expected to prove his own innocence.  He is presumed innocent.  He cannot be found guilty unless the Government proves his guilt beyond a reasonable doubt. Beyond a reasonable doubt is a high burden of proof.  It requires proof of such a convincing character that you would be willing to rely and act upon it without hesitation in making the most important decisions of your own affairs. How many of you believe that the Government's burden is unfairly high?

4. If, at the end of the trial, you are unsure if Mr. Jordan is guilty or not guilty, is there anyone who would be more comfortable finding him guilty just to be safe?

5. Mr. Jordan is not required to testify in his own defense. If he elects not to, you will not be allowed to draw any inference or conclusion from that decision.

6. How many of you would be unable to find Mr. Jordan *Not Guilty* unless he decided to testify?

**Victim of Crime**

7. Has anyone been the victim of a crime or had a loved one been the victim of a crime?

8. Has anyone been the victim of gun violence or had a loved one impacted by gun violence?

**Firearms**

9. Does anyone own firearms?

10. Is anyone a member of an organization related to firearms, such as the National Rifle Association, the Texas Gun Club, or the Houston Gun Collectors Association?

11. Has anyone shot a gun?

12. Does anyone have special training in the use of firearms?

13. Does anyone have experience or training in the use of machineguns?

14. Does anyone believe that it should be illegal to own a firearm under all circumstances?

15.  Many people are concerned with the rate of gun violence in the United States. Does anyone believe that gun laws are inadequately enforced?

**Police/Law Enforcement**

16.  You will hear testimony from several police officers in this case.  Does anyone believe that police officers are more likely to tell the truth than civilians?

17.  Does anyone have experience working in law enforcement?

18.  Does anyone have a close friend or family member who works in law enforcement?

19.  Does anyone believe that the police are held to too high of a standard?

20.  Does anyone believe that the police would never arrest someone for a crime they did not commit?

21.  Does anyone have experience working for a prosecutor's office?

22.  Does anyone have a close friend or family member who works as a prosecutor or used to work as a prosecutor?

**Confessions**

23.  Does anyone believe that a person would never confess to a crime they did not commit?

**Unwillingness to Serve**

24. Some people believe that trials are formalities and a waste of time.  How many of you share that belief?

25. Does anyone believe that they will not be able to give their full attention to this trial for any reason?

Respectfully submitted,

PHILIP G. GALLAGHER
Federal Public Defender
Southern District of Texas No. 566458
New Jersey State Bar No. 2320341

By /s/ Ryan Rones
RYAN RONES
Assistant Federal Public Defender
North Carolina State Bar ID No. 53592
Southern District of Texas No. 3900503
Attorneys for Defendant
440 Louisiana, Suite 1350
Houston, Texas   77002
Telephone:   713.718.4600

## CERTIFICATE OF SERVICE

I certify that on March 19, 2026, a copy of the foregoing was served by Notification of Electronic Filing and was delivered by email to the office of Assistant United States Attorney Anh-Khoa Tran.

By /s/ Ryan Rones
RYAN RONES

4