**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **Case No. 4:25-cr-336** |
| **TYLER JOHN JORDAN,**<br>**Defendant.** | |

**GOVERNMENT'S THIRD AMENDED EXHIBIT LIST**

| No. | Description | Offered | Objs. | Date Admitted | Date Not Admitted |
|---|---|---|---|---|---|
| 1 | Maps | | | | |
| 1A | Map of 6610 North Fry Rd. | | | | |
| 1B | Map of 19886 W Little York Rd. | | | | |
| 2 | McDonald's surveillance from March 16, 2025 | | | | |
| 2A | Outside main entrance, clip 1 | | | | |
| 2B | Lobby entrance | | | | |
| 2C | Outside main entrance, clip 2 | | | | |
| 3 | McDonald's Business Record Affidavits ("BRA") | | | | |
| 3A | March 26, 2025 BRA | | | | |
| 3B | February 25, 2026 BRA | | | | |
| 4 | Scene photos from McDonald's on March 16, 2025 | | | | |
| 4A | Lobby entrance | | | | |
| 4B | Outside main entrance 1 | | | | |
| 4C | Outside main entrance 2 | | | | |
| 4D | Outside main entrance 3 | | | | |
| 5 | Waffle House surveillance from March 16, 2025 | | | | |
| 6 | Photograph of Defendant's hand | | | | |

1

| 7 | March 16, 2025 video of Defendant with firearm | | | | |
|---|---|---|---|---|---|
| 7A | Video of Defendant with firearm | | | | |
| 7B | Metadata report of video | | | | |
| 8 | Extractions from Defendant's First Phone, iPhone 15, IMEI 353817901662171 | | | | |
| 8A | Call log | | | | |
| 8B | Device notifications | | | | |
| 8C | Text messages | | | | |
| 8D | Instagram messages | | | | |
| 8E | Photograph of firearm 1 | | | | |
| 8F | Photograph of firearm 2 | | | | |
| 8G | Photograph of firearm 3 | | | | |
| 8H | Photograph of firearm 4 | | | | |
| 8I | Video with firearms | | | | |
| 9 | Extractions from Defendant's Second Phone, iPhone 13, IMEI 350776590785698 | | | | |
| 9A | Call log | | | | |
| 9B | Text messages | | | | |
| 9C | Browser searches 1 | | | | |
| 9D | Browser searches 2 | | | | |
| 9E | News article viewed on phone | | | | |
| 9F | Press release viewed on phone | | | | |
| 9G | Photograph of firearm 1 | | | | |
| 9H | Photograph of firearm 2 | | | | |
| 9I | Photograph of firearm 3 | | | | |
| 9J | Photograph of firearm 4 | | | | |
| 9K | Photograph of firearm 5 | | | | |
| 9L | Photograph of firearm 6 | | | | |
| 9M | Photograph of firearm 7 | | | | |
| 9N | Photograph of firearm 8 | | | | |
| 9O | Photograph of firearm 9 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 9P | Photograph of firearm 10 | | | | | |
| 9Q | Photograph of firearm 11 | | | | | |
| 9R | Photograph of firearm 12 | | | | | |
| 9S | Messages about firearm 1 | | | | | |
| 9T | Messages about firearm 2 | | | | | |
| 9U | Messages about firearm 3 | | | | | |
| 10 | First interview of Defendant by Detective Hilz on March 16, 2025, with subtitles | | | | | |
| 10A | Clip 1 | | | | | |
| 10B | Clip 2 | | | | | |
| 11 | Second interview of Defendant by Detective Hilz on March 16, 2025, with subtitles | | | | | |
| 11A | Clip 1 | | | | | |
| 11B | Clip 2 | | | | | |
| 11C | Clip 3 | | | | | |
| 12 | Third interview of Defendant by Detective Hilz on March 16, 2025, with subtitles | | | | | |
| 13 | Fourth interview of Defendant by Detective Hilz and Curry on March 16, 2025, with subtitles | | | | | |
| 13A | Clip 1 | | | | | |
| 13B | Clip 2 | | | | | |
| 14 | Interview of Defendant by Detective Curry on March 17, 2025, with subtitles | | | | | |
| 15 | Interview of Defendant by Detectives Hilz and Gonzalez on March 19, 2025, with subtitles | | | | | |
| 15A | Clip 1 | | | | | |
| 15B | Clip 2 | | | | | |
| 15C | Clip 3 | | | | | |
| 16 | Stipulation regarding bullet casings analysis | | | | | |
| 17 | Stipulation regarding gunshot residue analysis | | | | | |

| 18 | Forensic screenshots from videos | | | | |
|----|----------------------------------|--|--|--|--|
| 18A | Screenshots 1 | | | | |
| 18B | Screenshots 2 | | | | |
| 18C | Screenshots 3 | | | | |
| 18D | Screenshots 4 | | | | |

Date: March 20, 2026

Respectfully submitted,

JOHN G.E. MARCK
Acting United States Attorney

*/s/ Anh-Khoa T. Tran*

Anh-Khoa T. Tran
Assistant United States Attorney
1000 Louisiana Street, Suite 2300
Houston, Texas 77002
Tel:    (713) 567-9551
anh-khoa.tran@usdoj.gov

Charles Hagerman
Assistant United States Attorney
1000 Louisiana Street, Suite 2300
Houston, TX 77002
Tel: (713) 567-9514
charles.hagerman@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on March 20, 2026, to the CM-ECF system of the United States District Court for the Southern District of Texas for electronic delivery to all counsel of record.

*/s/ Anh-Khoa T. Tran*
Anh-Khoa T. Tran
Assistant United States Attorney
1000 Louisiana Street, Suite 2300
Houston, Texas 77002
Tel: (713) 567-9551
anh-khoa.tran@usdoj.gov

5