# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                    **Cr. No. H-25-336**

**TYLER JOHN JORDAN**

## DEFENDANT'S AMENDED EXHIBIT LIST

| No. | Description | Offer | Obj. | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|
| 1. | March 17, 2025, Consent to search cellphone form. | | | | |
| 2. | March 19, 2025, Consent to search cellphone form. | | | | |
| 3.a | Redacted audio statements of Defendant with Officer Hilz on March 16 part 1 | | | | |
| 3.b | Redacted audio statements of Defendant with Officer Hilz on March 16 part 2 | | | | |
| 3.c | Redacted audio statements of Defendant with Officer Hilz on March 16 part 3 | | | | |
| 3.d | Redacted audio statements of Defendant with Officer Curry on March 16 | | | | |
| 3.e | Redacted audio statements of Defendant with Officer Curry on March 17 | | | | |
| 3.f | Redacted audio statements of Defendant with Officers Gonzalez & Hilz on March 19 | | | | |
| 4. | Cellebrite report depicting calls with Antoine Ridge, Phone #1 | | | | |
| 5. | Cellebrite report depicting calls with Antoine Ridge, Phone #2 | | | | |
| 6. | Cellebrite call log table of contents. | | | | |

| 7. | Defendant's Instagram calls. | | | | |
|---|---|---|---|---|---|
| 8. | Defendant's Instagram messages. | | | | |
| 9. | Cellebrite Searches 1 | | | | |
| 10. | Cellebrite Searches 2 | | | | |
| 11. | James Everman's March 16 Report. | | | | |
| 12. | Expert witness illustrative aid. | | | | |
| 13. | Antoine Ridge's AT&T calls. | | | | |
| 14. | Antoine Ridge's search warrant inventory. | | | | |
| 15. | AT&T Certificate of Authenticity. | | | | |
| 16. | Antoine Ridge's A.M. call from March 17, converted to CDT. | | | | |
| 17.a | Jawara Lloyd's home security video 1 | | | | |
| 17.b | Jawara Lloyd's home security video 2 | | | | |
| 17.c | Still shots of Jawara Lloyd's home security footage. | | | | |
| 18. | Photographs of box of ammunition in Jawara Lloyd's house. | | | | |
| 19. | Post-arrest photograph of Antoine Ridge. | | | | |
| 20. | Jawara Lloyd's complaint, indictment, plea documents, and disposition from 2025 Harris County aggravated assault charge. | | | | |
| 21.a | McDonald's interior surveillance video | | | | |
| 21.b | McDonald's exterior showing Antione Ridge removing the backpack from the car | | | | |
| 22. | Hospital body cam video | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Respectfully submitted,


PHILIP G. GALLAGHER
Federal Public Defender
Southern District of Texas No. 566458
New Jersey State Bar No. 2320341

By /s/ Ryan Rones
Assistant Federal Public Defender
North Carolina State Bar ID No. 53592
Southern District of Texas No. 3900503
Attorneys for Defendant
440 Louisiana, Suite 1350
Houston, Texas   77002
Telephone:  713.718.4600

## CERTIFICATE OF SERVICE

I certify that on March 20, 2026, a copy of the foregoing Defendant's Exhibit List was served by Notification of Electronic Filing and was delivered by email to the office of Assistant United States Attorney Anh-Khoa Tran and all electronic filing parties on record.

By /s/ Ryan Rones
RYAN RONES