# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                                    **Cr. No. 4:25-cr-336**

**TYLER JOHN JORDAN**

## DEFENDANT'S SECOND AMENDED EXHIBIT LIST

| No. | Description | Offer | Obj. | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|
| 1. | March 17, 2025, Consent to search cellphone form | | | | |
| 2. | March 19, 2025, Consent to search cellphone form | | | | |
| 3.a | 3A – Defendant's March 16 audio statement, Hilz 1 | | | | |
| 3.b | 3B – Defendant's March 16 audio statement, Hilz 2 | | | | |
| 3.c | 3C – Defendant's March 16 audio statement, Hilz 3 | | | | |
| 3.d | 3D – Defendant's March 16 audio statement, Curry 1 (four clips) | | | | |
| 3.e | 3E – Defendant's March 17 audio statement, Curry 2 | | | | |
| 3.f | 3F – Defendant's March 1 audio statement, Gonzalez & Hilz | | | | |
| 4. | Cellebrite report depicting calls with Antoine Ridge, Phone #1 | | | | |
| 5. | Cellebrite report depicting calls with Antoine Ridge, Phone #2 | | | | |

| No. | Description | Offer | Obj. | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|
| 6. | Cellebrite call log table of contents | | | | |
| 7. | Defendant's Instagram calls | | | | |
| 8. | Defendant's Instagram messages | | | | |
| 9. | Cellebrite Searches 1 | | | | |
| 10. | Cellebrite Searches 2 | | | | |
| 11. | James Everman's March 16 Report | | | | |
| 12a. | Expert witness illustrative aid | | | | |
| 12b. | Firearm images | | | | |
| 13. | Antoine Ridge's AT&T calls | | | | |
| 14. | Antoine Ridge search warrant inventory | | | | |
| 15. | AT&T Certificate of Authenticity | | | | |
| 16. | Antoine Ridge's A.M. call from March 17, converted to CDT | | | | |
| 17.a | Jawara Lloyd's home security footage - doorbell | | | | |
| 17.b | Jawara Lloyd's home security footage - driveway | | | | |
| 17.c | Images from Jawara Lloyd's home security footage | | | | |
| 18. | Photographs of box of ammunition in Jawara Lloyd's house | | | | |
| 19. | Post-arrest photograph of Antoine Ridge | | | | |
| 20. | Jawara Lloyd's 2025 aggravated assault court documents | | | | |
| 21a. | McDonald's interior surveillance video | | | | |
| 21b. | McDonald's exterior surveillance video | | | | |
| 21c. | Images from McDonald's surveillance video | | | | |
| 22a. | Body worn camera video at hospital | | | | |

2

| 22b. | Images from body worn camera video at hospital | | | | |
|---|---|---|---|---|---|
| 23a. | Cellebrite location date for phone 1 | | | | |
| 23b. | Location maps for phone 1 based on Cellebrite data. | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Respectfully submitted,


PHILIP G. GALLAGHER
Federal Public Defender
Southern District of Texas No. 566458
New Jersey State Bar No. 2320341

By /s/ Ryan Rones
RYAN RONES
Assistant Federal Public Defender
North Carolina State Bar ID No. 53592
Southern District of Texas No. 3900503
Attorneys for Defendant
440 Louisiana, Suite 1350
Houston, Texas   77002
Telephone:   713.718.4600

3

## <u>CERTIFICATE OF SERVICE</u>

I certify that on March 25, 2026, a copy of the foregoing Defendant's Second Amended Exhibit List was served by Notification of Electronic Filing and was delivered by email to Assistant United States Attorney Anh-Khoa Tran, and by electronic filing to the parties on record.

By /s/ Ryan Rones
RYAN RONES