**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**UNITED STATES OF AMERICA**

**v.**

**Case No. 4:25-cr-336**

**TYLER JOHN JORDAN,**
**Defendant.**

## GOVERNMENT'S FINAL EXHIBIT LIST

| No. | Description | Offered | Objs. | Date Admitted | Date Not Admitted |
|---|---|---|---|---|---|
| 1 | Maps | | | | |
| 1A | Map of 6610 North Fry Rd. | X | | 3/19/26 | |
| 1B | Map of 19886 W Little York Rd. | X | | 3/19/26 | |
| 2 | McDonald's surveillance from March 16, 2025 | | | | |
| 2A | Outside main entrance, clip 1 | X | | 3/19/26 | |
| 2B | Lobby entrance | X | | 3/19/26 | |
| 2C | Outside main entrance, clip 2 | X | | 3/19/26 | |
| 3 | McDonald's Business Record Affidavits ("BRA") | | | | |
| 3A | March 26, 2025 BRA | X | | 3/19/26 | |
| 3B | February 25, 2026 BRA | X | | 3/19/26 | |
| 4 | Scene photos from McDonald's on March 16, 2025 | | | | |
| 4A | Lobby entrance | X | | 3/19/26 | |
| 4B | Outside main entrance 1 | X | | 3/19/26 | |
| 4C | Outside main entrance 2 | X | | 3/19/26 | |
| 4D | Outside main entrance 3 | X | | 3/19/26 | |
| 5 | Waffle House surveillance from March 16, 2025 | X | | 3/19/26 | |
| 6 | Photograph of Defendant's hand | X | | 3/19/26 | |

1

| | | | | | |
|---|---|---|---|---|---|
| 7 | March 16, 2025 video of Defendant with firearm | | | | |
| 7A | Video of Defendant with firearm | X | | 3/19/26 | |
| 7B | Metadata report of video | X | | 3/19/26 | |
| 8 | Extractions from Defendant's First Phone, iPhone 15, IMEI 353817901662171 | | | | |
| 8A | Call log | X | | 3/19/26 | |
| 8B | Device notifications | X | | 3/24/26 | |
| 8C | Text messages | X | | 3/24/26 | |
| 8D | Instagram messages | X | | 3/24/26 | |
| 9 | Extractions from Defendant's Second Phone, iPhone 13, IMEI 350776590785698 | | | | |
| 9A | Call log | X | | 3/19/26 | |
| 9C | Browser searches 1 | X | | 3/24/26 | |
| 9S | Messages about firearm 1 | X | | 3/24/26 | |
| 9T | Messages about firearm 2 | X | | 3/24/26 | |
| 9U | Messages about firearm 3 | X | | 3/24/26 | |
| 10 | First interview of Defendant by Detective Hilz on March 16, 2025, with subtitles | | | | |
| 10A | Clip 1 | X | | 3/24/26 | |
| 10B | Clip 2 | X | | 3/24/26 | |
| 11 | Second interview of Defendant by Detective Hilz on March 16, 2025, with subtitles | | | | |
| 11A | Clip 1 | X | | 3/24/26 | |
| 11B | Clip 2 | X | | 3/24/26 | |
| 11C | Clip 3 | X | | 3/24/26 | |
| 12 | Third interview of Defendant by Detective Hilz on March 16, 2025, with subtitles | X | | 3/24/26 | |
| 13 | Fourth interview of Defendant by Detective Hilz and Curry on March 16, 2025, with subtitles | | | | |
| 13A | Clip 1 | X | | 3/24/26 | |
| 13B | Clip 2 | X | | 3/24/26 | |
| 14 | Interview of Defendant by Detective Curry on March 17, 2025, with subtitles | X | | 3/24/26 | |

| | | | | | |
|---|---|---|---|---|---|
| 15 | Interview of Defendant by Detectives Hilz and Gonzalez on March 19, 2025, with subtitles | | | | |
| 15A | Clip 1 | X | | 3/24/26 | |
| 15B | Clip 2 | X | | 3/24/26 | |
| 15C | Clip 3 | X | | 3/24/26 | |
| 16 | Stipulation regarding bullet casings analysis | | | Read as evidence | |
| 18 | Forensic screenshots from videos | | | | |
| 18A | Screenshots 1 | X | | 3/24/26 | |
| 18B | Screenshots 2 | X | | 3/24/26 | |
| 18C | Screenshots 3 | X | | 3/24/26 | |
| 18D | Screenshots 4 | X | | 3/24/26 | |

Date: March 26, 2026

Respectfully submitted,

JOHN G.E. MARCK
Acting United States Attorney

*/s/ Anh-Khoa T. Tran*
Anh-Khoa T. Tran
Assistant United States Attorney
1000 Louisiana Street, Suite 2300
Houston, Texas 77002
Tel:   (713) 567-9551
anh-khoa.tran@usdoj.gov

Charles Hagerman
Assistant United States Attorney
1000 Louisiana Street, Suite 2300
Houston, TX 77002
Tel: (713) 567-9514
charles.hagerman@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on March 26, 2026, to the CM-ECF system of the United States District Court for the Southern District of Texas for electronic delivery to all counsel of record.

/s/ *Anh-Khoa T. Tran*
Anh-Khoa T. Tran
Assistant United States Attorney
1000 Louisiana Street, Suite 2300
Houston, Texas 77002
Tel: (713) 567-9551
anh-khoa.tran@usdoj.gov